JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRIAN SMITH, | Case No. 2:23-cv-01152-MCS-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

Pursuant to the Court's Order Re: Motion to Dismiss, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: April 5, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE